**E-Filed: 08/17/2010**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated, | Case No.: 10-CV-02388-LHK |
| Plaintiff, | ORDER CONTINUING DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| Jacque Ojadidi a/k/a Jaque Ojadidi, an individual and d/b/a BuyBargainDeals and C Web; XMicro, LLC and Does 1-10, inclusive, | [re: dkt. no. 10] |
| Defendants. | |

Pursuant to the parties' stipulation, the deadline to file the Joint Case Management Statement pursuant to paragraph 10 of the Reassignment Order is September 17, 2010.

**IT IS SO ORDERED.**

Dated: August 17, 2010

LUCY H. KOH
United States District Judge