1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated ) | Case No. 10-CV-02388-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE MANAGEMENT ORDER |
| ) | |
| Jacque Ojadidi a/k/a Jaque Ojadidi, an individual ) | |
| and d/b/a BuyBargainDeals and C Web; XMicro, ) | |
| LLC and Does 1-10, inclusive, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The parties have submitted a Joint Case Management Statement with jointly-agreed case schedule deadlines. The parties have also asked that the initial case management conference in this matter be postponed until April 13, 2011. The Court hereby sets the following case schedule, based on the parties' stipulation:

CASE MANAGEMENT CONFERENCE: April 6, 2011

FACT AND EXPERT DISCOVERY CUTOFF: August 31, 2011

DISPOSITIVE MOTIONS TO BE FILED BY: September 15, 2011

Hearing on dispositive motions is set for October 20, 2011 at 1:30 p.m.

PRETRIAL CONFERENCE: November 23, 2011 at 2 p.m.

TRIAL: December 12, 2011 at 9 a.m.

The case management conference currently set for February 9, 2011 is hereby VACATED. Continuances of the case management conference or case schedule will be disfavored.

1

**IT IS SO ORDERED.**

Dated: February 3, 2011

_____

LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No.: 10-CV-02388-LHK
CASE MANAGEMENT ORDER