UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated ) | Case No. 10-CV-02388-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER REGARDING JOINT CASE |
| Jacque Ojadidi a/k/a Jaque Ojadidi, an individual ) | MANAGEMENT STATEMENT |
| and d/b/a BuyBargainDeals and C Web; XMicro, ) | |
| LLC and Does 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On February 3, 2011, the Court set a Case Management Conference for April 6, 2011. *See* Dkt. No. 22. Accordingly, the parties were required to submit a Joint Case Management Statement by March 30, 2011. *See* Civil Local Rule 16-9. As of today, March 31, 2011, no Joint Case Management Statement has been submitted. The parties shall submit a Joint Case Management Statement by Monday, April 4, 2011.

**IT IS SO ORDERED.**

Dated: March 31, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-02388-LHK
ORDER REGARDING CASE MANAGEMENT STATEMENT